127 F.3d 42
 U.S.
v.
Danny Lee Wright, a/k/a Billy Bob, a/k/a William Henry Hall,
a/k/a George Mandich, James Bruce Squires, a/k/a Jack Small,
a/k/a Big Jim, Harrison Michael Phoenix, a/k/a Michael H.
Phoenix, Thomas Toombs, a/k/a Tommy Toombs, Gary Walden;
U.S. v. Gary Walden
 NOS. 92-4575, 93-4847
 United States Court of Appeals,
Eleventh Circuit.
 Sept 17, 1997
 S.D.Fla., 116 F.3d 1491
 
 1
 DENIALS OF REHEARING EN BANC.